M. P. No. 76-185. CARL MORETTA *v.* ALICE N. MORETTA *et al.* Petition for writ of certiorari denied. *Carl Moretta,* Pro Se. *John Quattrocchi, Jr., Alan S. Flink, Charles H. McLaughlin,* for respondents.

M. P. No. 76-227. STATE EX REL. JOHN M. TAYLOR *v.* EDWARD A. LARSON. Petition for writ of certiorari denied. *Aram K. Berberian,* for petitioner. Office of the Attorney General, *Julius C. Michaelson,* Atty. Gen., *Judith Romney Wegner,* Spec. Asst. Atty. Gen., *John R. McDermott,* Spec. Asst. Atty. Gen., for respondent.

